1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10    GARY S. GRAY,
                                        No. CIV S-08-0433 MCE DAD PS
11             Plaintiff,
                                        IN ADMIRALTY
12        v.

13    CITY OF WEST SACRAMENTO,          ORDER AND ORDER DIRECTING SERVICE

14             Defendant.               BY THE UNITED STATES MARSHAL

15    _____/        WITHOUT PREPAYMENT OF COSTS

16             This case has been reassigned to the undersigned magistrate judge for further

17    proceedings.  Two matters are before the court.

18             Plaintiff is proceeding pro se and in forma pauperis pursuant to 28 U.S.C. § 1915.

19    By order filed April 9, 2008, Magistrate Judge Moulds ordered plaintiff to submit information for

20    service of process on form USM-285, sufficient copies of the complaint for service, and a

21    completed summons.  Plaintiff has submitted the required papers.  The undersigned will direct

22    the United States Marshal to serve defendant City of West Sacramento pursuant to Federal Rule

23    of Civil Procedure 4 without prepayment of costs.

24             Plaintiff has requested "a Three-Judge Court, Under Admiralty law, and under a

25    Act of Congress."  The one-sentence request is not adequately supported and will be denied

26    without prejudice.

1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1. The Clerk of the Court is directed to forward plaintiff's instructions for service
3    of process, the completed summons, copies of the complaint, and copies of this order to the
4    United States Marshal.

5    2. Within ten days from the date of this order, the United States Marshal is
6    directed to notify defendant City of West Sacramento of the commencement of this action and to
7    request a waiver of service of summons from the defendant in accordance with the provisions of
8    Fed. R. Civ. P. 4(d) and 28 U.S.C. § 566(c).

9    3. The United States Marshal is directed to retain the sealed summons and a copy
10   of the complaint in their file for future use.

11   4. The United States Marshal shall file a returned waiver of service of summons
12   as well as any requests for waivers that are returned as undelivered as soon as they are received.

13   5. If a waiver of service of summons is not returned by the defendant within sixty
14   days from the date of mailing the request for waiver, the United States Marshal shall:

15        a. Personally serve process and a copy of this order upon the defendant
16        pursuant to Rule 4 of the Federal Rules of Civil Procedure and 28 U.S.C.
17        § 566(c).

18        b. Within ten days after personal service is effected, the United States
19        Marshal shall file the return of service for the defendant, along with
20        evidence of any attempts to secure a waiver of service of summons and of
21        the costs subsequently incurred in effecting service on said defendant. The
22        costs shall be enumerated on the USM-285 form and shall include the
23        costs incurred by the Marshal's office for photocopying additional copies
24        of the summons and complaint and for preparing new USM-285 forms, if
25        required. Costs of service will be taxed against the personally served
26        defendant in accordance with the provisions of Fed. R. Civ. P. 4(d)(2).

2

1          6.  Plaintiff's June 9, 2008 request for a three-judge court (Doc. No. 7) is denied

2    without prejudice.

3    DATED:  September _15_, 2008.

4

5                                  _Dale A. Dzd_

6                                  DALE A. DROZD
                                   UNITED STATES MAGISTRATE JUDGE

     DAD:kw
7    Ddad1\orders.prose\gray0433.usm.serve

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26